**DISMISS and Opinion Filed May 12, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-12-01515-CV
_____

## EDUARDO WILKINSON, M.D. P.A. AND INDIVIDIALLY, Appellant
## V.
## RICHARDSON HOSPITAL AUTHORITY, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-10-02678-E**

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

We reinstate this appeal. In 2013, we abated this case due to bankruptcy. *See*

TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public

Access to Court Electronic Records (PACER) system which shows the bankruptcy

case associated with this appeal was terminated on November 7, 2013, effectively

dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status

of the bankruptcy and of this appeal. We cautioned that the failure to respond would

result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b),(c).  To

date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id.* 42.3(b),(c); *Brewer v. Admiral Ins. Co.*, 2002 WL 31312990, at *1 (Tex. App.—Dallas Oct. 16, 2002, no writ) (per curiam) (not designated for publication).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

121515F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EDUARDO WILKINSON, M.D.
P.A. AND INDIVIDIALLY,
Appellant

No. 05-12-01515-CV     V.

RICHARDSON HOSPITAL
AUTHORITY, Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-10-02678-
E.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered May 12, 2021